THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jerry Lewis Cleveland,       
Appellant.
 
 
 

Appeal From Laurens County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-198
Submitted January 29, 2003  Filed March 
 17, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for 
 Respondent.
 
 
 

PER CURIAM: Jerry Lewis Cleveland appeals 
 the trial courts decision to revoke eighteen months of probation.  Appellate 
 counsel has filed a final brief and a petition to be relieved.  Cleveland did 
 not file a pro se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.